Jay J. Keith, Plaintiff-Appellee, v. Marvin Everts, et al., Defendants-Appellants.

Gen. No. 65–3.

Third District.

November 12, 1965.

Arthur B. Copeland and Hollis W. Benjamin, both of Peoria, for appellants; Davis, Morgan & Witherell, of Peoria, for appellee. Opinion by JUSTICE CORYN. Not to be published in full.